IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD HAYEK, *et al.*, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PLUTO TRANSPORT, LLC., *et al.*, | : | |
| Defendants. | : | NO. 24-4302 |

## ORDER

**AND NOW**, this 12th day of February 2026, upon review of Plaintiff's Post-Trial Motion to Mold Jury Verdict to Include Damages for Delay Pursuant to Pa.R.C.P. 238 (Document No. 72) and Defendants' Answer to Plaintiff's Post-Trial Motion to Mold Jury Verdict to Include Damages for Delay Pursuant To Pa.R.C.P. 238 (Document No. 73), it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**.  Plaintiff is awarded $4,261.64 in delay damages.  A final judgment for the total damages will be entered after Plaintiff follows the proper procedure for filing a Bill of Costs with the Clerk's Office.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge